No. 650, Misc. WHITLEY *v.* STEINER, WARDEN. On petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit. Petition dismissed pursuant to Rule 60 of the Rules of this Court. *David B. Isbell* and *Stephen J. Pollak* for petitioner.

FEBRUARY 19, 1962.

No. 663, October Term, 1959. GINSBURG *v.* GOURLEY, CHIEF JUDGE, U. S. DISTRICT COURT, 362 U. S. 917. The motion for leave to file supplemental appendix is denied. *Paul Ginsburg* on the motion.

No. 257. PAN AMERICAN WORLD AIRWAYS, INC., *v.* UNITED STATES; and

No. 583. UNITED STATES *v.* PAN AMERICAN WORLD AIRWAYS, INC., ET AL. Appeals from the United States District Court for the Southern District of New York. The motion to advance is denied. *Thomas Kiernan,* for Pan American-Grace Airways, Inc., on the motion. *Lawrence J. McKay* and *Raymond L. Falls, Jr.,* for W. R. Grace & Co., in support of the motion. *David W. Peck,* for Pan American World Airways, Inc., in opposition.

No. 740, Misc. IN RE DISBARMENT OF BIRRELL. Lowell M. Birrell, Esquire, of New York, New York, having resigned as a member of the Bar of this Court, it is ordered that his name be stricken from the roll of attorneys admitted to practice in this Court. The rule to show cause heretofore issued is discharged.